# YOUNG & ROWLEY

*v.*

## AUGUST SCHORLING.

NEW TRIAL—*sufficiency of the evidence.* The evidence in this case is re-garded as sufficient to sustain the finding of the court below.

APPEAL from the Superior Court of Cook county ; the Hon. WILLIAM A. PORTER, Judge, presiding.

Mr. WILLIAM H. HOLDEN, for the appellants.

Mr. GRANT GOODRICH, for the appellee.

Per CURIAM : Appellants seek to recover for commissions, upon the assumption that they were employed to sell the farm of appellee.

There is no question of law presented in the record, and the only assignment of error is, that the finding is against the evidence.

As is usual, when the parties are witnesses, the evidence is contradictory. By consent, a jury was waived, and the cause was submitted to the court. Proof was heard as to the author-ity to sell, and as to the performance by the parties. The witnesses were present in court, and the weight and credibil-ity of their testimony was considered and determined.

There is sufficient evidence to sustain the finding, and there is not such a preponderance in favor of either party as to au-thorize us to grant a new trial.

From a careful examination, we are satisfied that the judg-ment should not be disturbed.

It is therefore affirmed.

*Judgment affirmed.*